UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAUDELIO GARCIA-JIMENEZ,

                Petitioner,

    v.

ICE, et al.,

                Respondents.

Case No. C15-821-RSL

**ORDER OF DISMISSAL**

       Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

       1.      The Court adopts the Report and Recommendation.

       2.      Respondents' motion to dismiss, Dkt. 11, is **GRANTED**.

       3.      Petitioner's habeas petition, Dkt. 4, is **DENIED**.

       4.      This action is **DISMISSED** with prejudice.

       5.      The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

       DATED this 1st day of October, 2015.

                                                _/s/ Robert S. Lasnik_
                                                Robert S. Lasnik
                                                United States District Judge

ORDER OF DISMISSAL- 1